Argued April 19, reversed and remanded April 20, 1976

JOHN HUMPHREY, *Petitioner,*

*v.*

OREGON STATE PENITENTIARY, *Respondent.*

(No. 08-75-170, CA 5636)

548 P2d 1317

*John K. Hoover* argued the cause for petitioner.

*Thomas H. Denney* argued the cause for respondent.

Before Schwab, Chief Judge, and Langtry and Foley, Judges.

PER CURIAM.

Reversed and remanded for entry of an order reciting an appropriate effective time at which the sanction is to go into effect.